UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DISA GLOBAL SOLUTIONS, INC.,** | § § | |
| *Plaintiff*, | § § | |
| V. | § § | Civil Action No. 4:18-cv-02849 |
| **ASAP DRUG SOLUTIONS, INC., EDWARD CAVAZOS, and MARGARET JANE GILBERT,** | § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

## DEFENDANT EDWARD CAVAZOS' RESPONSE TO DISA'S STATUS UPDATE [DKT. 24], AND HIS OWN MOTION FOR CLARIFICATION AND REQEUST FOR STATUS CONFERENCE

Defendant Edward Cavazos ("Cavazos") files this his response to DISA's Status Update [DKT. 24], and his own Motion for Clarification and Request for Status Conference and states as follows:

For the reasons stated in ASAP and Gilbert's Response to DISA's Status Update and Motion for Clarification, Status Conference or Reconsideration in the Alternative [DKT. 25], Defendant Edward Cavazos also requests that the Court (1) hold a status conference to discuss the procedural posture of this case and; (2) clarify whether it considered its stay of discovery still to be in effect.

WHEREFORE Cavazos respectfully requests that the Court hold a status conference to discuss the procedural posture of this case, clarify whether it considered its stay of discovery still to be in effect, and grant such other and further relief to which he is justly entitled.

Respectfully Submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By:   */s/ Bruce C. Morris*
      Bruce C. Morris
      State Bar No. 14469850
      Federal Bar No. 14198
      bmorris@krcl.com
      5051 Westheimer Road, Suite 1000
      Houston, Texas  77056
      Phone: (713) 425-7400
      Fax: (713) 425-7700

**ATTORNEYS FOR DEFENDANT EDWARD CAVAZOS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019, a true and correct copy of the foregoing *Response* was served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Bruce C. Morris*
Bruce C. Morris